No. 3212. Ballester, Apelado, *v.* Martínez et al., Apelantes.—C. de D. de Aguadilla. R. enero 25, 1924. Denegada la reconsideración solicitada. ·

No. 3080. Simons Hardware Co., Apelante, *v.* Healy & Siebert, etc., Apelada.—C. de D. de San Juan, Primer Distrito. R. enero 29, 1924. Desestimado el recurso a instancia del apelado por no ser apelable la orden de la corte inferior de fecha marzo 26, 1923, y además, por no haberse radicado la transcripción de autos dentro del término legal.

No. 3219. Ramírez, Apelado, *v.* García, et al., Apelantes.—C. de D. de Mayagüez. R. enero 29, 1924. Desestimado el recurso a instancia del apelado por no haber presentado en tiempo el apelante la exposición del caso y no haberse radicado la transcripción de los autos dentro del término legal.

No. 3245. Ballester, Apelado, *v.* Rullán, Apelante.— C. de D. de Aguadilla. R. enero 29, 1924. Exigiendo la sección 12 de la ley de desahucio que para admitir la apelación del demandado en este procedimiento se otorgara una fianza a satisfacción del tribunal que conoció del juicio, la cual fué declarada nula por dicho tribunal y habiendo vencido el término para poder otorgar otra fianza válida, se desestimó el recurso.